PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
DIVISION

UNITED STATES OF AMERICA

v.

Nakiea J. Hampton
aka "Kiea"

Crim. No.  4:14CR00022-2

On March 28, 2016, Nakiea J. Hampton was placed on supervised release for a period of three years. Hampton has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Erica Campbell
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that Nakiea J. Hampton is discharged from supervision and that the proceedings in the case be terminated.

Dated this  29th  day of  May , 2018.

William T. Moore, Jr.
Judge, U.S. District Court

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 29 PM 12:27
CLERK
SO. DIST. OF GA.